1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   NICOLAS SALVATORE                  Case No. 5:21-cv-00715-JWH-PD
         ORICHELLO,
12                                       **ORDER AWARDING
              Plaintiff,                 ATTORNEY'S FEES PURSUANT
13                                       TO THE EQUAL ACCESS TO
          v.                             JUSTICE ACT, 28 U.S.C. § 2412(d)**
14
     KILOLO KIJAKAZI, Acting
15       Commissioner of Social Security,

16            Defendant.

17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is a stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based upon the stipulation of the parties and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel, it is hereby **ORDERED** as follows:

1.     Attorney fees and expenses in the amount of Eight Thousand Four Hundred Thirty-Nine Dollars and Seventy-Seven Cents ($8,439.77) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff.

2.     If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

250 South Clinton St., Suite 210,

Syracuse, NY  13202

**IT IS SO ORDERED.**

Dated:____April 18, 2023____

John W. Holcomb
UNITED STATES DISTRICT JUDGE